CIVIL SUIT NUMBER: _267,849 E_

| | | |
|---|---|---|
| DENA HELTON | * | 9TH JUDICIAL DISTRICT COURT |
| VERSUS | * | PARISH OF RAPIDES |
| ROOT INSURANCE COMPANY | * | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of **DENA HELTON**, a person of the full age of majority, and a resident of and domiciled in Parish of Rapides, State of Louisiana, respectfully represent as follows, to-wit:

1.

Made Defendants herein are:

**ROOT INSURANCE COMPANY**, a foreign business company authorized to do and doing business in the State of Louisiana, who may be served through its registered agent for service of process, Honorable R. Kyle Ardoin, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

Defendants are justly and truly indebted unto Plaintiff herein, individually, jointly, severally and in solido in an amount commensurate with the damages occasioned, together with legal interest from the date of this demand and for all costs of these proceedings for the following enumerated reasons, to-wit:

3.

On or about August 25, 2019, Plaintiff, **DENA HELTON**, was the passenger of a 2008 Ford Escape owned and driven by Ken Helton.  This vehicle will hereinafter be referred to as the **"HELTON"** vehicle.

4.

On the above-mentioned date, the **HELTON** vehicle was traveling on Highway 112 in Elmer, Louisiana when a deer crossed the highway, causing Ken Helton to run off-road as a result of attempting to avoid hitting the deer.

5.

The acts of omissions of Defendant-driver, Ken Helton, caused a collision, which resulted in Plaintiff, **DENA HELTON**, sustaining severe personal injuries for which she had to seek medical treatment.

Exhibit A State Court

6.

As a result of the aforesaid vehicular collision, Plaintiff, **DENA HELTON**, sustained personal injuries to her mind and body, including her neck, back, numbness and tingling in her thumb and fingers, and pain radiating down left and right legs.

7.

As a result of the above foregoing accident and resulting injuries, **DENA HELTON** has the following damages:  pain and suffering (past, present, and future), medical expenses (past, present, and future), mental anguish, humiliation and aggravations (past, present, and future), loss of enjoyment of life (past, present, and future), and loss of wages and loss of wage earning capacity (past, present, and future).

8.

At all times pertinent herein, Defendant, **ROOT INSURANCE COMPANY**, was the uninsured/underinsured motorist and/or medical payments coverage insurer of Dena Helton, and pursuant to a policy of insurance issued covering the vehicle owned and operated by Ken Helton, the said insurance company is individually, jointly, severally, concurrently and in solido responsible for any and all damages set forth herein by virtue of its contractual obligation to insure said Plaintiff.

**WHEREFORE**, Plaintiff prays that her petition be deemed good and sufficient and that the same be served upon Defendants herein, ordering them to answer the allegations contained; that after all due legal delays and proceedings are had, that there be judgment in favor of Plaintiff, **DENA HELTON**, and against Defendants, **ROOT INSURANCE COMPANY**, individually, jointly and in solido, in an amount commensurate with the damages enumerated hereinabove, together with legal interest from date of this demand and for all costs of these proceedings.

Plaintiff further prays for all general and equitable relief necessary herein.

Respectfully Submitted:

**BRIAN CAUBARREAUX AND ASSOCIATES**

BY: _Emily Gremillion_

**BRIAN M. CAUBARREAUX, #23523**
**EMILY GREMILLION, #31177**
**ETHAN E. CAUBARREAUX, #38694**
144 Tunica Drive West
Post Office Box 129
Marksville, Louisiana  71351
Telephone:    318-253-0900
Facsimile:    318-253-5666
*Attorneys for Plaintiff*

## SERVICE INFORMATION:

**ROOT INSURANCE COMPANY**
*who may be served through its registered agent for service of process:*
Honorable R. Kyle Ardoin
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

CIVIL SUIT NUMBER: 267,849 E

| | | |
|---|---|---|
| DENA HELTON | * | 9TH JUDICIAL DISTRICT COURT |
| VERSUS | * | PARISH OF RAPIDES |
| ROOT INSURANCE COMPANY | * | STATE OF LOUISIANA |

## REQUEST FOR NOTICE

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby requested to give us written notice, by mail, ten (10) days in advance of the date fixed for trial of this case, whether on exceptions, rules or the merits thereof.

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are also requested to send us immediate notice of any order of judgment made or rendered in this case, upon entry of such order of judgment.

Respectfully Submitted:

**BRIAN CAUBARREAUX AND ASSOCIATES**

BY: _Emily Gremillion_

**BRIAN M. CAUBARREAUX, #21522**
**EMILY GREMILLION, #31177**
**ETHAN E. CAUBARREAUX, #38694**
144 Tunica Drive West
Post Office Box 129
Marksville, Louisiana 71351
Telephone:   318-253-0900
Facsimile:    318-253-5660
*Attorneys for Plaintiff*

FILED & RECORDED
ROBIN L. HOOTER
RECORDER
2020 MAR 30  PM 2: 46
BY CLERK & RECORDER
RAPIDES PARISH, LA

CIVIL SUIT NUMBER: 267,849 E

| | | |
|---|---|---|
| DENA HELTON | * | 9TH JUDICIAL DISTRICT COURT |
| VERSUS | * | PARISH OF RAPIDES |
| ROOT INSURANCE COMPANY | * | STATE OF LOUISIANA |

### REQUEST FOR NOTICE

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby requested to give us written notice, by mail, ten (10) days in advance of the date fixed for trial of this case, whether on exceptions, rules or the merits thereof.

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are also requested to send us immediate notice of any order of judgment made or rendered in this case, upon entry of such order of judgment.

Respectfully Submitted:

BRIAN CAUBARREAUX AND ASSOCIATES

BY: _Emily Gremillion_
    **BRIAN M. CAUBARREAUX, #21522**
    **EMILY GREMILLION, #31177**
    **ETHAN E. CAUBARREAUX, #38694**
    144 Tunica Drive West
    Post Office Box 129
    Marksville, Louisiana 71351
    Telephone:   318-253-0900
    Facsimile:   318-253-5660
    *Attorneys for Plaintiff*

FILED & RECORDED
ROBIN L. HOOTER
RECORDER
2020 MAR 30  PM 2: 46
BY
DY CLERK & RECORDER
RAPIDES PARISH, LA

*Rapides Parish Clerk of Court*

Robin L. Hooter

**Menu  >  Prompt  >  Summary  >  Detail – Civil and Probate Suits  Account | Cart (0) | Order History | Log Out**

## Civil and Probate Suits

| Suit | Class | Date Filed | Div |
|---|---|---|---|
| **267849** | C  Civil  DAMAGES | 3/25/2020 | E |

**Charges and Payments**

| Costs - Clerk | $148.50 | Deposits: | $455.00CR | Bonds | $.00 |
|---|---|---|---|---|---|
| Costs - Sheriff | $39.36 | Paid Direct: | $.00 | | |
| Costs - Other | $106.00 | Refunds: | $.00 | | |
| Total $: | $293.86 | Total $: | $455.00CR | Balance $: | $161.14CR |

**Plaintiff(S)** / **Attorney(S)**

| 001 HELTON DENA | EMILY G GREMILLION |
|---|---|

**Defendant(S)** / **Attorney(S)**

| 001 ROOT INSURANCE COMPANY | T/B/A |
|---|---|

| Account Number | Type | Responsible Parties |
|---|---|---|
| **Click here for Account #245752 detail** | R | EMILY G GREMILLION |

| Transaction Type | Description | Date Filed | Attorney | Amount | Status | | |
|---|---|---|---|---|---|---|---|
| JUDICIAL EXP. FUND 13:996.28 | | 3/25/2020 | E GREMILLION | $15.00 | 9 | Detail | |
| JUDGE'S SUPPLE. COMP 13:10.3 | | 3/25/2020 | E GREMILLION | $25.50 | 9 | Detail | |
| PRO BONO FEE 13:1000 | | 3/25/2020 | E GREMILLION | $10.00 | 9 | Detail | |
| CHARGE/INSURANCE FORM | | 3/25/2020 | E GREMILLION | $5.00 | 9 | Detail | Image |
| CHARGE/INSURANCE FORM | | 3/25/2020 | E GREMILLION | $5.00 | 9 | Detail | Image |
| SUPRM COURT REPORTING 13:841.1 | | 3/25/2020 | E GREMILLION | $1.50 | 9 | Detail | |
| CASE FILE COVER SHEET | | 3/25/2020 | E GREMILLION | $.00 | 9 | Detail | |
| SUPRM CRT JUD COL 2014 ACT 405 | | 3/25/2020 | E GREMILLION | $.50 | 9 | Detail | |
| PETITION | FAX PETITION FOR DAMAGES | 3/25/2020 | E GREMILLION | $14.00 | 9 | Detail | Image |
| REQUEST FOR NOTICE | FAX REQUEST FOR NOTICE | 3/25/2020 | E GREMILLION | $6.00 | 9 | Detail | Image |
| MISCELLANEOUS FILINGS | FAX INTERROGATORIES/REQ PROD | 3/25/2020 | E GREMILLION | $22.00 | 9 | Detail | Image |
| LETTERS FILED | FAX COVER SHEET | 3/25/2020 | E GREMILLION | $.00 | 9 | Detail | Image |

| ADDITIONAL DEPOSIT | CK#17513 CAUBARREAUX | 3/30/2020 | E GREMILLION | $455.00CR | 9 | Detail | |
| INITIALIZATION FEE | | 3/30/2020 | E GREMILLION | $20.00 | 9 | Detail | |
| INDEXING FEE - PLTS/DEFS | | 3/30/2020 | E GREMILLION | $4.00 | 9 | Detail | |
| LETTERS FILED | | 3/30/2020 | E GREMILLION | $.00 | 9 | Detail | Image |
| PETITION | PETITION FOR DAMAGES | 3/30/2020 | E GREMILLION | $14.00 | 9 | Detail | Image |
| REQUEST FOR NOTICE | | 3/30/2020 | E GREMILLION | $6.00 | 9 | Detail | Image |
| MISCELLANEOUS FILINGS | INTERROG.AND REQ FOR PROD. | 3/30/2020 | E GREMILLION | $22.00 | 9 | Detail | Image |
| STAMP COPY RETURNED | | 3/30/2020 | E GREMILLION | $.00 | 9 | Detail | |
| CERTIFIED COPY | 1CC | 3/30/2020 | E GREMILLION | $14.00 | 9 | Detail | |
| CITATION | | 3/30/2020 | E GREMILLION | $20.00 | 9 | Detail | |
| SECRETARY OF STATE FEES | | 3/30/2020 | E GREMILLION | $50.00 | 9 | Detail | |
| DUE SHERIFF FOR DIRECT PYMT | | 3/30/2020 | E GREMILLION | $39.36 | 9 | Detail | |

**Address:**
701 Murray Street, Suite 102
Alexandria, LA 71301

**Phone:** 318.473.8153
**Office Fax:** 318.473.4667   **Civil Filing Fax:** 318.487.9361
**Email:** info@rapidesclerk.org

© 2020 Rapides Parish Clerk of Court
All Rights Reserved