UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DENA HELTON,<br>Plaintiff | CIVIL ACTION 1:20-CV-00544 |
| VERSUS | JUDGE DRELL |
| ROOT INSURANCE CO.,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Helton's Motion to Amend (ECF No. 9) is DENIED IN PART insofar as it moves to add Kenneth Helton as a Defendant, and GRANTED IN PART in all other respects. Helton is ORDERED to FILE A REVISED AMENDED COMPLAINT.

IT IS ORDERED that Helton's Motion to Remand (ECF NO. 10) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22nd day of March, 2021.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE